UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONICA LEE | |
| Plaintiff, | 2:12-cv-0136-LRH-GWF |
| v. | |
| COUNTYWIDE HOME LOANS INC.; et al., | ORDER |
| Defendants. | |

Before the court is plaintiff Monica Lee's ("Lee") motion for a preliminary injunction. Doc. #3. In her motion, Lee seeks to stop the sale and foreclosure of real property. However, the underlying property was already sold at a trustee's sale on May 6, 2011. *See* Doc. #10, Exhibit H. Thus, there is no action for the court to enjoin. Accordingly, the court shall deny Lee's motion.

IT IS THEREFORE ORDERED that plaintiff's motion for a preliminary injunction (Doc. #3) is DENIED.

IT IS SO ORDERED.

DATED this 11th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE