UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MONICA LEE,

        Plaintiff,

 v.

COUNTRYWIDE HOME LOANS, INC.; et al.,

        Defendants.

2:12-cv-0136-LRH-GWF

ORDER

        Before the court is defendants Countrywide Home Loan, Inc. ("Countrywide") and ReconTrust Company, N.A.'s ("ReconTrust") motion to expunge lis pendens. Doc. #20.[1] Plaintiff Monica Lee ("Lee") did not file an opposition.

**I.    Facts and Procedural History**

        In August 2005, Lee purchased real property through a mortgage note and deed of trust originated by defendant Countrywide. Eventually, Lee defaulted on the mortgage note and defendants initiated non-judicial foreclosure proceedings.

        The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion under LR 7-2(d). Moreover, the court finds that defendants' motion to expunge lis pendens is warranted based on the court's July 5, 2012 order

---

[1] Refers to the court's docket entry number.

of dismissal. Doc. #18. Accordingly, the court shall grant defendants' motion to expunge lis pendens.

IT IS THEREFORE ORDERED that defendants' motion to expunge lis pendens (Doc. #20) is GRANTED. Defendants Countrywide Home Loan, Inc. and ReconTrust Company, N.A. shall have ten (10) days after issuance of this order to file an appropriate order expunging the lis pendens and submit the same for signature.

IT IS SO ORDERED.

DATED this 18th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE